FILED

**NOT FOR PUBLICATION**

FEB 14 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, | No. 10-55171 |
| Plaintiff, and, | D.C. No. 2:07-cv-05608-CAS-JC |
| BIN WU; JUN WU; NING WU, | |
| Defendants-cross-defendants - Appellees, | MEMORANDUM[*] |
| v. | |
| SHIN P. YANG, DBA The Law Offices of Shin P. Yang, | |
| Defendant-cross-claimant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Christina A. Snyder, District Judge, Presiding

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted February 9, 2012[]
Pasadena, California

Before: D.W. NELSON, O'SCANNLAIN, and N.R. SMITH, Circuit Judges.

Shin P. Yang appeals the district court's denial of attorneys' fees on a theory of quantum meruit. The district court found that Yang's clients were not unjustly enriched. This factual determination was not clearly erroneous. *Husain v. Olympic Airways*, 316 F.3d 829, 835 (9th Cir. 2002).

**AFFIRMED.**

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).